Contra Costa County Treasurer Tax Collector's Office
Russell V. Watts
County Treasurer-Tax Collector
625 Court Street STE 100
Martinez Ca. 94553
Tel: 925-957-5280
Fax: 925-957-2898

FILED

2013 AUG 14 AM 9:40

U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

RE: Daniel James Miles ) Case No.: 13-43698WJL
    Colleen Elizabeth Miles ) Chapter 13
                                ) OBJECTION TO DEBTOR'S (DANIEL
                                ) JAMES MILES AND COLLEEN
                                ) ELIZABETH MILES) CHAPTER 13
    Defendant ) PLAN FILED BY ATTORNEY DIANA J.
                                ) CAVANAUGH

TO: THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY COURT JUDGE; TO THE CHAPTER 13 TRUSTEE, AND TO THE DEBTORS:

The Tax Collector of Contra Costa County hereby objects to the Chapter 13 Plan as proposed by Attorney Diana J. Cavanaugh entered June 28, 2013 as follows:

1. The interest rate should be 18% per year, not 4.75%. The interest rate is specified in section 511 (a) of the 2009 bankruptcy code ("Rate of interest on tax claim") as "...the rate of interest shall be the rate determined under applicable nonbankruptcy law". In the State of California, nonbankruptcy law refers to the California State Revenue and Taxation Code section 4103 (a) which states the allowable interest rate is 1.5% per month, which equals 18% per year.

Thus the claim of the Tax Collector of Contra Costa County in the amount **$39,824.28** interest rate is 18%.

A copy of the original claim we have filed with the court is attached, along with a complete detailed description of the taxes due to Contra Costa County Tax Collector.

DATED: August 6, 2013

                                                           *Shirley Reese*
                                                           Shirley Reese Tax
                                                           Compliance Collection
                                                          Supervisor

- 1 -

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

# PROOF OF CLAIM

| | |
|---|---|
| Name of Debtor: Miles, Daniel James & Miles, Colleen Ellizabeth (aka Colleen Elizabeth Smith) | Case Number: 13-43698 <br> Chapter: 13 |

Name of Creditor (The person or other entity to whom the debtor owes money or property): **CONTRA COSTA COUNTY**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address Where Notices Should be Sent:
Contra Costa County Treasurer-Tax Collector
Attention: Eric Moe
P.O. Box 967
Martinez, California 94553
Telephone Number: (925) 957-2888

☐ Check box if you have never received any notices from the bankruptcy court in this case.

**x** Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if ☐ replaces ☐ amends a previously filed claim, dated .
this claim

## 1. BASIS FOR CLAIM
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☒ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  Your SSN: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date) (date)

## 2. DATE DEBT WAS INCURRED:
Various Dates. See Attachment "A"

## 3. IF COURT JUDGMENT, DATE OBTAINED:

## 4. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED: $ 39,824.28*Plus interest, attorneys' fees and costs.
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

## 5. SECURED CLAIM.
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate
☐ Personal Property
☐ Other

Value of Collateral $

Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any $

## 6. UNSECURED PRIORITY CLAIM.
☐ Check this box if you have an unsecured priority claim.
Amount entitled to Priority $.
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650*), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan—11 U.S.C. §507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child—11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units—11 U.S.C. §507(a)(8).
☐ Other—Specify applicable paragraph of 11 U.S.C. §507(a)(___).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.

## 7. CREDITS:
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

## 8. SUPPORTING DOCUMENTS:
Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

## 9. DATE-STAMPED COPY:
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 7/8/2013

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

*[signature]*

Brice Bins, Chief Deputy Treasurer-Tax Collector

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*In re: Miles, Daniel James & Miles, Colleen Ellizabeth (aka Colleen Elizabeth Smith)*
Case Number 13-43698
Chapter 13

### Summary of Contra Costa County Treasurer-Tax Collector's Proof of Claim

| | | |
|---|---|---|
| Secured Claim Current Year: | $ | |
| Secured Claim Prior Year: | $ | 39,824.28 |
| Personal Property Tax Current Yr.: | $ | |
| Personal Property Tax Prior Yr.: | $ | |
| **Total Claim Amount** | $ | 39,824.28* |

\* **Plus 18% interest** allowable as per Section 511 of the United States Bankruptcy Code and amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 and California Revenue and Taxation Code Section 4103 (a) and (b), attorneys' fees and costs. Interest on Current Year taxes will begin to accrue on July 1, 2012.

The Assessor's parcel number and/or Tax Collector's account numbers for the aforesaid taxes are:
1. Parcel Number: 154-720-013 PY (2008-4024)
2. Account Number:

This claim is a secured claim secured by a statutory lien under California state law. The claim is secured under 11 U.S.C. Section 506(b).

See attached bills



# RUSSELL V. WATTS

CONTRA COSTA COUNTY TREASURER-TAX COLLECTOR
ROOM 100, 625 COURT STREET, MARTINEZ, CA 94553
TOLL FREE TELEPHONE:(925) 957-5280 FAX:(925) 957-2898

**PROPERTY ADDRESS**

2008-04024-0-000

SUBJECT TO POWER TO SALE IF NOT PAID OFF BY 2014

## REDEMPTION TAX BILL
## DUE 07/31/2013

ASSESSEE OF PROPERTY

134 MACALVEY DR    MRTNZ

**MAILING ADDRESS**

MILES DANIEL J & COLLEEN E

**INSTALLMENT PAYMENT INFORMATION**

SID: 08-04024-0-000    154 720 013 7    PD: (07/13)

Installment Principal Paid
Installment Interest Paid
**Total Amount Paid**

MILES DANIEL J & COLLEEN E
134 MACALVEY DR
MARTINEZ CA, 94553

SEE THE BACKSIDE OF THIS BILL FOR EXPLANATION ON INSTALLMENT PLAN AND OTHER IMPORTANT INFORMAT ABOUT PAYING YOUR REDEMPTION TAXES.

| FISCAL YEAR | BILL DESCRIPTION | INSTLMT NO.(S) | TAXES & ASSESSMENT | DELINQUENT PENALTY | DELINQUENT COST | REDEMPTION PENALTY | CURRENT AMOUNT |
|---|---|---|---|---|---|---|---|
| 2012 | SECURED | 1&2 | $5,731.72 | $573.16 | $20.00 | $85.97 | $6,410.85 |
| 2011 | SECURED | 1&2 | $6,928.36 | $692.82 | $20.00 | $1,351.03 | $8,992.21 |
| 2010 | SECURED | 2 | $3,131.75 | $313.17 | $20.00 | $1,174.40 | $4,639.32 |
| 2009 | SECURED | 2 | $3,071.81 | $307.18 | $20.00 | $1,704.85 | $5,103.84 |
| 2008 | SECURED | 1&2 | $7,979.88 | $797.98 | $20.00 | $5,865.21 | $14,663.07 |
| Subtotal | | | $26,843.52 | $2,684.31 | $100.00 | $10,181.46 | $39,809.29 |

The total amount to redeem does not include taxes and assessments for the current fiscal year. To inquire on these taxes and assessments, please call our 24/7 telephone service line **(925) 957-5280**, or visit our website **WWW.CCTAX.US**.

**DELINQUENT CHARGES ARE IMPOSED BY STATE LAW**

LESS: Payment Received     $39,809.29
**Subtotal** (unpaid balance)   $15.00
PLUS: Redemption Fee       $.00
Interest                   $.00
Title Search Fee           $.00
Recording & Deed Fee       $.00
Tax Sale Fee               $.00

**TOTAL AMOUNT TO REDEEM**    $39,824.29

RETAIN THE TOP HALF OF THE BILL FOR YOUR RECORDS. TO ENSURE PROPER POSTING OF PAYMENT PLEASE DO NOT FOLD, STAPLE, TAPE OR WRITE ON COUPONS.

---

| PARCEL NUMBER | TRA | DEFAULT YEAR | DEFAULT NUMBER | ISSUE DATE | TYPE |
|---|---|---|---|---|---|
| 154 720 013 7 | 05004 | 2008 | 04024 | 07/29/2013 | PAY OFF |

Owner Name: MILES DANIEL J & COLLEEN E
Situs Address: 134 MACALVEY DR    MRTNZ

MAKE CHECK PAYABLE TO:    EMOE 07/29/13

**CONTRA COSTA COUNTY TAX COLLECTOR**
P.O. BOX 631
MARTINEZ, CA. 94553-0063

## 2008-04024-0-000
## REDEMPTION TAXES
THIS STUB MUST ACCOMPANY PAYMENT

TOTAL TO REDEEM BY 07/31/2013    $39,824.29

INSTALLMENT PAYMENT DUE BY 07/31/2013    $.00

IF SENDING PAYMENT AFTER 07/31/2013, PLEASE CALL (925) 957-5280 FOR NEW BALANCE.

Case: 13-43698   Doc# 15   Filed: 08/14/13   Entered: 08/15/13 20:57:25   Page 4 of 4

4154720013708040240000F0003982429720130731100000000000